UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SARAH COHEN, on behalf of herself and the class :     Case No.: 12-CV-1187-ER-LMS
defined herein,     :

                          Plaintiffs,     :

            - against -     :     **STIPULATION AND ORDER**

RUBIN & ROTHMAN, LLC and     :
CAPITAL ONE BANK (USA), N.A.,     :

                      Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       IT IS HEREBY STIPULATED AND AGREED by and between counsel for all parties in the

above-captioned matter that the time for Defendants Rubin & Rothman, LLC and Capital One Bank

(USA), N.A. (collectively, "Defendants") to answer, move, or otherwise respond to the Plaintiffs'

Amended Complaint in this action is hereby extended to and including April 19, 2012. Defendants'

original deadline for responding to the Amended Complaint was March 29, 2012. Defendants have not

made any previous extension request and are seeking this extension to allow adequate time to evaluate

Plaintiffs' claims and communicate with Plaintiffs' counsel concerning Plaintiffs' claims. Plaintiffs'

counsel, as reflected through his signature below, consents to this extension.

       A facsimile or PDF copy of this stipulation will serve the same purposes as original signatures.

Dated: New York, New York
       March 26, 2012

Shimshon Wexler
2710 Broadway, 2nd Floor
New York, New York 10025
Tel: (212) 760-2400
Fax: (917) 512-6132
swexler@collectorabuselaw.com
*Attorney for Plaintiffs*

Keith H. Rothman
Rubin & Rothman, LLC
1787 Veterans Highway
Islandia, New York 11749
Tel: (631) 234-1500, Ext. 118
Fax: (631) 234-1138
krothman@rubinrothman.com
*Attorney for Defendant Rubin & Rothman,*
*LLC*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4 2 2012

1

Michael L. Simes
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
Tel: (212) 548-7013
Fax: (212) 715-6260
msimes@mcguirewoods.com
*Attorney for Defendant Capital One Bank (USA), N.A.*

**SO ORDERED:**
Dated: ~~White Plains~~ ~~New York~~, New York
April ~~March~~ 2, 2012

Hon. Edgardo Ramos
U.S.D.J.