UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SARAH COHEN, on behalf of herself and the class :   Case No.: 12-CV-1187-ER-LMS
defined herein,                                 :
                                                :
                        Plaintiffs,             :
                                                :
        - against -                             :   STIPULATION AND ORDER
                                                :
RUBIN & ROTHMAN, LLC and                        :
CAPITAL ONE BANK (USA), N.A.,                   :
                                                :
                        Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for all parties in the above-captioned matter that the time for Defendants Rubin & Rothman, LLC and Capital One Bank (USA), N.A. (collectively, "Defendants") to answer, move, or otherwise respond to the Plaintiffs' Amended Complaint in this action is hereby extended to and including June 15, 2012. Defendants' original deadline for responding to the Amended Complaint was March 29, 2012. Defendants made one previous extension request, which this Court granted by entering a Stipulation and Order on April 2, 2012, extending their responsive pleadings deadline to April 19, 2012. Defendants represent to the Court that the parties have now agreed to settlement terms in principle and are in the process of finalizing a written settlement agreement, the process for which may extend past the April 19, 2012 responsive pleadings deadline. Defendants are seeking this extension to allow adequate time for the parties to finalize and execute a settlement agreement and for the Court to enter an appropriate dismissal order to be submitted by Plaintiffs' counsel. Plaintiffs' counsel, as reflected through his signature below, consents to this extension.

    A facsimile or PDF copy of this stipulation will serve the same purposes as original signatures.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2012

1

Dated: April 18, 2012

_____
Shimshon Wexler
2710 Broadway, 2nd Floor
New York, New York 10025
Tel: (212) 760-2400
Fax: (917) 512-6132
swexler@collectorabuselaw.com
*Attorney for Plaintiffs*

_____
Keith H. Rothman
Rubin & Rothman, LLC
1787 Veterans Highway
Islandia, New York 11749
Tel: (631) 234-1500, Ext. 118
Fax: (631) 234-1138
krothman@rubinrothman.com
*Attorney for Defendant Rubin & Rothman, LLC*

_____
Michael L. Simes
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
Tel: (212) 548-7013
Fax: (212) 715-6260
msimes@mcguirewoods.com
*Attorney for Defendant Capital One Bank (USA), N.A.*

**SO ORDERED:**

Dated: White Plains, New York
April 18, 2012

_____
Hon. Edgardo Ramos
U.S.D.J.

2